UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Wade Lee Boseman                                    Docket No. 5:10-CR-301-1H

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wade Lee Boseman, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 8, 2011, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Wade Lee Boseman was released from custody on February 6, 2015, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 21, 2016, the defendant was arrested in Wayne County, North Carolina, for misdemeanor Simple Assault (16CR54692), which occurred on October 19, 2016, and he posted a $1,000 secured bond. On January 24, 2017, Boseman pled guilty to the said offense and was sentenced to 60 days custody, suspended for 6 months of unsupervised probation. On April 14, 2017, while confronting the defendant with the disposition of the offense, he submitted to a urinalysis test, which field tested positive for marijuana and cocaine. Boseman admitted that he used marijuana and cocaine on April 12, 2017, and agreed to return to substance abuse treatment as directed by the probation officer. Additionally, as a sanction for this violation conduct, the completion of 60 days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain                          /s/ Michael W. Dilda
Michael C. Brittain                              Michael W. Dilda
Supervising U.S. Probation Officer         U.S. Probation Officer
                                                                 201 South Evans Street, Rm 214
                                                                  Greenville, NC 27858-1137
                                                                  Phone: 252-830-2342
                                                                  Executed On: April 19, 2017

Wade Lee Boseman
Docket No. 5:10-CR-301-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this the 20th day of April 2017, and ordered filed and made a part of the records in the above case.

_____
Malcolm J. Howard
Senior U.S. District Judge