UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Wade Lee Boseman**   Docket No. 5:10-CR-301-1H

### Petition for Action on Supervised Release

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Wade Lee Boseman, who, upon an earlier plea of guilty to Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on March 8, 2011, to the custody of the Bureau of Prisons for a term of 68 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Wade Lee Boseman was released from custody on February 6, 2015, at which time the term of supervised release commenced. On April 19, 2017, a Petition for Action on Supervised Release was filed advising the court of a new charge of misdemeanor Simple Assault (16CR54692) and a positive urinalysis test for marijuana and cocaine collected on April 12, 2017. On April 20, 2017, the court ordered Boseman to complete 60 days of Location Monitoring with curfew.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 20, 2017, the defendant was cited in Wayne County, North Carolina, for Driving While Impaired (17CR52238) which occurred on the same date. Boseman signed a written promise to appear in court and the charge remains pending for disposition. This conduct also resulted in a curfew violation when the defendant failed to return home at 8pm on May 20, 2017. After he returned home at 11:11pm, Boseman admitted to the probation officer that he had consumed alcohol and advised of the new charge. The defendant agreed to continued substance abuse treatment as directed by the probation officer. Additionally, as a sanction for this violation conduct, the completion of 60 additional days of Location Monitoring with curfew is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Wade Lee Boseman
Docket No. 5:10-CR-301-1H
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Michael W. Dilda<br>Michael W. Dilda<br>U.S. Probation Officer<br>201 South Evans Street, Rm 214<br>Greenville, NC 27858-1137<br>Phone: 252-830-2342<br>Executed On: June 9, 2017 |

### ORDER OF THE COURT

Considered and ordered this 12th day of June 2017 and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge